**ORIGINAL**

SQUIRE, SANDERS & DEMPSEY L.L.P.
Joseph A. Meckes (State Bar # 190279)
Ann J. Lee (State Bar # 236501)
One Maritime Plaza, Suite 300
San Francisco, CA 94111-3492
Telephone:    +1.415.954.0200
Facsimile:     +1.415.393.9887
E-mail:         jmeckes@ssd.com
Email:          ajlee@ssd.com

Attorneys for Plaintiff
MEIKO ELECTRONICS AMERICA, INC.

E-FILING

Filed
JUN 1 5 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

#1 Fees Pd SI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

MEIKO ELECTRONICS AMERICA, INC., a California corporation,

    Plaintiff,

vs.

CELESTICA DE MONTERREY, S.A., DE C.V., a Mexico corporation,

    Defendant.

Case No. C07 03179 RS

**COMPLAINT**

---

MEIKO ELECTRONICS AMERICA, INC. ("Meiko") hereby alleges and complains as follows:

### THE PARTIES

1. Meiko is a California corporation with its principal place of business in Los Altos, California.

2. Defendant Celestica de Monterrey, S.A., de C.V. ("Celestica") is a Mexico corporation with its principal place of business in Monterrey, Mexico.

### JURISDICTION

3. This Court has jurisdiction over the subject matter of the disputes alleged herein pursuant to 28 U.S.C. § 1332 because the parties are of diverse citizenship and the amount in controversy is more than $75,000.

### VENUE

4. Venue is proper in this Court under 28 U.S.C. § 1391 because a substantial part of the events or omissions giving rise to Meiko's claims for relief occurred in this judicial district and because Celestica is an alien that may be sued in any judicial district.

### INTRA-DISTRICT ASSIGNMENT

5. This Action is appropriately assigned to the San Jose Division of this Court because a substantial part of the events and/or omissions which give rise to the claims stated herein occurred in Santa Clara County. Notwithstanding the foregoing, Meiko consents to assignment in any division of this Court.

### FIRST CLAIM FOR RELIEF

(Breach of Contract)

6. Meiko repeats and realleges each and every allegation set forth in paragraphs 1 through 5.

7. Beginning in February 2006 and ending in December 2006, Celestica submitted several purchase orders to Meiko for varying quantities of certain printed circuit board products sold by Meiko.

8. In response to Celestica's purchase orders, Meiko procured the printed circuit boards that Celestica had ordered and shipped them to Celestica in Mexico. Each shipment of product was accompanied by an invoice stating that payment was due within 30 days.

9. Based on the parties' conduct or exchange of documents, a contract or contracts were formed pursuant to which Celestica became obligated to pay Meiko for products shipped to Celestica in response to Celestica's purchase orders.

10. Meiko has performed all of its obligations under the parties' contract or contracts and any and all conditions precedent to payment have been satisfied.

11. Celestica has breached its contract or contracts with Meiko and has caused Meiko to suffer damages by failing to pay the agreed purchase price for goods sold and delivered to Celestica, which sums are reflected in invoices numbers 855, 898, 948, 1109, 1231, 1243 and 1331 in the amount of $218,916.08.

## SECOND CLAIM FOR RELIEF

### (Account Stated)

12. Meiko repeats and realleges each and every allegation set forth in paragraphs 1 through 11.

13. On or about July 23, 2003, at Los Altos, California, an account was stated between Meiko and Celestica showing the amounts owed by Celestica to Meiko, and indicating a balance of $218,916.08, which Celestica owed to Meiko for goods delivered to Celestica at Celestica's request beginning in July 2006 and continuing through November 2006.

14. Celestica has indicated in writing that it accepts that balance as due and owing and has not objected to the balance of the account stated despite having had a reasonable opportunity to do so.

## THIRD CLAIM FOR RELIEF

### (Declaratory Judgment)

15. Meiko repeats and realleges each and every allegation set forth in paragraphs 1 through 5.

SQUIRE, SANDERS &
DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, CA 94111-3492

- 2 -
COMPLAINT
CASE NO.

16. An actual controversy has arisen and now exists between Meiko and Celestica concerning whether Meiko is liable to Celestica for damages which Celestica contends arise out of its purchase of printed circuit board components from Celestica.

17. In March 2007, Celestica informed Meiko that Celestica believes that Meiko is legally responsible for damages allegedly suffered by Celestica. Specifically, Celestica contends that purported nonconformities or quality problems with printed circuit board products Celestica purchased from Meiko proximately caused Celestica to suffer damages or to pay some sort of penalty to Celestica's customer. Celestica has repeatedly threatened to initiate a lawsuit against Meiko if Meiko refuse to compensate Celestica for the damages Celestica claims to have suffered.

18. Meiko, for its part, disputes that it owes Celestica any further legal obligations or that Celestica is entitled to any relief from Meiko and contends as follows:

    a. The products Meiko sold and delivered to Celestica met all relevant specifications and requirements and met all requisite quality standards;

    b. Meiko performed all of its obligations under the terms of any relevant purchase agreements;

    c. Celestica has not suffered the damages it has claimed;

    d. Even if Celestica has suffered damages, those damages were not proximately caused by any act or omission of Meiko and were not proximately caused by any defects or nonconformities in Meiko's products; and

    e. Celestica has no contractual right to recover consequential damages, which it claims were caused by the allegedly deficient products.

19. Based on the parties communications to date, Meiko is informed and believes that Celestica disputes the matters set forth in Paragraph 18 above.

20. A judicial determination is necessary and appropriate under the circumstances in order that Meiko may ascertain its obligations, if any, to Celestica.

21. Meiko seeks a judicial determination of the rights, duties and obligations of the parties and, particularly, without limitation, a judicial determination:

a. The products Meiko sold and delivered to Celestica met all relevant specifications and requirements and met all requisite quality standards;

b. Meiko performed all of its obligations under the terms of any relevant purchase agreements;

c. Celestica has not suffered the damages it has claimed;

d. Even if Celestica has suffered damages, those damages were not proximately caused by any act or omission of Meiko and were not proximately caused by any defects or nonconformities in Meiko's products; and

e. Celestica has no contractual right to recover the consequential damages, which it claims were caused by the allegedly deficient products.

## **PRAYER FOR RELIEF**

WHEREFORE, Meiko prays for judgment against Celestica as follows:

1. For damages in the amount of $218,916.08;

2. For a judicial declaration that:

a. The products Meiko sold and delivered to Celestica met all relevant specifications and requirements;

b. Meiko performed all of its obligations under the terms of any relevant purchase agreements;

c. Celestica has not suffered the damages it has claimed;

d. Any damages allegedly suffered by Celestica were not proximately caused by any act or omission of Meiko and were not proximately caused by any defects or nonconformities in Meiko's products; and

e. Celestica has no contractual right to recover the damages it claims were caused by the allegedly deficient products.

3. For pre-judgment and post-judgment interest; and

///
///
///

- 4 -
COMPLAINT
CASE NO.

SQUIRE, SANDERS & DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, CA 94111-3492

4. For such other and further relief as the Court may deem just and proper.

DATED: June 15, 2007

SQUIRE, SANDERS & DEMPSEY, L.L.P.

By: /s/ Joseph A. Meckes
Joseph A. Meckes
Ann J. Lee

Attorneys for Plaintiff
MEIKO ELECTRONICS AMERICA, INC.

- 5 -
COMPLAINT
CASE NO.

SQUIRE, SANDERS &
DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, CA 94111-3492

## JURY TRIAL DEMAND

Plaintiff MEIKO ELECTRONICS AMERICA, INC. hereby demands a trial by jury as to all issues so triable.

DATED: June 15, 2007                SQUIRE, SANDERS & DEMPSEY, L.L.P.

By *Joseph A. Meckes*
Joseph A. Meckes
Ann J. Lee

Attorneys for Plaintiff
MEIKO ELECTRONICS AMERICA, INC.

SQUIRE, SANDERS &
DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, CA 94111-3492

- 6 -
COMPLAINT
CASE No.