ORIGINAL

1  SQUIRE, SANDERS & DEMPSEY L.L.P.
   Joseph A. Meckes (State Bar # 190279)
2  Ann J. Lee (State Bar # 236501)
   One Maritime Plaza, Suite 300
3  San Francisco, CA 94111-3492
4  Telephone:   +1.415.954.0200
   Facsimile:   +1.415.393.9887
5  E-mail:      jmeckes@ssd.com
   Email:       ajlee@ssd.com
6
7  Attorneys for Plaintiff
   MEIKO ELECTRONICS AMERICA, INC.
8

E-FILING

Filed
JUN 1 5 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

ADR



9           UNITED STATES DISTRICT COURT
10          NORTHERN DISTRICT OF CALIFORNIA
11               (SAN JOSE DIVISION)

12

13  MEIKO ELECTRONICS AMERICA,        Case No.
    INC., a California corporation,
14                                    C07 03179 RS
              Plaintiff,
15                                    CORPORATE PARTY DISCLOSURE
       vs.                            STATEMENT OF PLAINTIFF MEIKO
16                                    ELECTRONICS AMERICA, INC.
    CELESTICA DE MONTERREY, S.A.,
17  DE C.V., a Mexico corporation,

18            Defendant.

19
20
21
22
23
24
25
26
27
28

1  Pursuant to Fed. R. Civ. P. 7.1, as effective December 1, 2002, and such local Rules of
2  this judicial district as may be still applicable, Plaintiff Meiko Eletronics America, Inc. states that,
3  based on information available at this time to undersigned counsel, it is a wholly owned
4  subsidiary of Meiko Eletronics Co., Ltd. Undersigned counsel anticipates, however, gathering
5  and receiving additional information which may require amendment of this Corporate Disclosure
6  Statement, which amendment, if required, will be made at the earliest practicable time.

7  Dated:    June 15, 2007            SQUIRE, SANDERS & DEMPSEY L.L.P.

                                      By: *[signature]* Joseph A. Meckes
                                      Joseph A. Meckes
                                      Ann J. Lee

                                      Attorneys for Plaintiff
                                      MEIKO ELECTRONICS AMERICA, INC.