**UNITED STATES DISTRICT COURT**
**Northern District of California**
280 South First Street
San Jose, California 95113

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5364

July 17, 2007

CASE NUMBER:  CV 07-03179 RS
CASE TITLE:  MEIKO ELECTRONICS AMERICA, INC.-v-CELESTICA DE MONTERREY, S.A. DE CV

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Jose** division.

**Honorable James Ware**  for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **JW** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 7/17/2007

FOR THE EXECUTIVE COMMITTEE:

_____
                                Clerk

NEW CASE FILE CLERK:       7/17/2007

Copies to: Courtroom Deputies   7/17/2007         Special Projects
Log Book Noted                  7/17/2007         Entered in Computer    7/17/2007

CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel         7/17/2007         Transferor CSA         7/17/2007bjw