SQUIRE, SANDERS & DEMPSEY L.L.P.
Joseph A. Meckes (State Bar # 190279)
Ann J. Lee (State Bar # 236501)
One Maritime Plaza, Suite 300
San Francisco, CA  94111-3492
Telephone:    +1.415.954.0200
Facsimile:     +1.415.393.9887
E-mail:         jmeckes@ssd.com
Email:          ajlee@ssd.com

Attorneys for Plaintiff
MEIKO ELECTRONICS AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| MEIKO ELECTRONICS AMERICA, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CELESTICA DE MONTERREY, S.A., DE C.V., a Mexico corporation,<br><br>Defendant. | Case No.  C07-03179 JW<br><br>Judge:  Honorable James Ware<br><br>**PLAINTIFF MEIKO ELECTRONICS AMERICA, INC.'S MOTION FOR ADMINISTRATIVE RELIEF TO APPOINT PROCESS SERVER**<br><br>**Civ. L. R. 7-11 and 77-2(a)** |

   Pursuant to Federal Rule of Civil Procedure 4(c)(2), Plaintiff Meiko Electronics America, Inc. ("Meiko") brings this motion for administrative relief to appoint APS International, Ltd., located at APS International Plaza, 7800 Glenroy Road, Minneapolis, MN 55439-3122, to effect service of process on Defendant Celestica De Monterrey, S.A. De C.V. ("Celestica") in Monterrey, Mexico.

- 2 -

Defendant Celestica De Monterrey, S.A., De C.V. ("Celestica") is a Mexico corporation, with its headquarters in Monterrey, Mexico.

The United States and Mexico are parties to the Inter-American Convention on Letters Rogatory. Service of process by letters rogatory may be accomplished pursuant to the Convention. Under this Convention, requests are prepared on a Convention form and transmitted via the United States Central Authority in the Department of Justice to the Mexican central authority.

Mexico is also a signatory to the Hague Convention on the Service Abroad of Judicial and Extra-judicial Documents. Under this Convention, requests for service are sent by the requester to the foreign central authority for service.

For good cause shown, as reflected in the Declaration of Ann J. Lee submitted herewith, Plaintiff Meiko respectfully requests that this Court grant its Motion for Administrative Relief to appoint APS, International Ltd. as its process server for the purpose of effecting process of service on Defendant Celestica in Monterrey, Mexico.

DATED: July 23, 2007           SQUIRE, SANDERS & DEMPSEY, L.L.P.


                               By:   /s/ Joseph A. Meckes
                                    Joseph A. Meckes
                                    Ann J. Lee

                               Attorneys for Plaintiff
                               MEIKO ELECTRONICS AMERICA, INC.