SQUIRE, SANDERS & DEMPSEY L.L.P.
Joseph A. Meckes (State Bar # 190279)
Ann J. Lee (State Bar # 236501)
One Maritime Plaza, Suite 300
San Francisco, CA  94111-3492
Telephone:     +1.415.954.0200
Facsimile:      +1.415.393.9887
E-mail:          jmeckes@ssd.com
Email:           ajlee@ssd.com

Attorneys for Plaintiff
MEIKO ELECTRONICS AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| MEIKO ELECTRONICS AMERICA, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CELESTICA DE MONTERREY, S.A., DE C.V., a Mexico corporation,<br><br>Defendant. | Case No.  C07-03179 JW<br><br>Judge:  Honorable James Ware<br><br>**DECLARATION OF ANN J. LEE IN SUPPORT OF PLAINTIFF MEIKO ELECTRONICS AMERICA, INC.'S MOTION FOR ADMINISTRATIVE RELIEF TO APPOINT PROCESS SERVER**<br><br>**Civ. L. R. 7-11 and 77-2(a)** |

I, Ann J. Lee, declare as follows:

1.      I am an attorney licensed to practice law in the State of California and am admitted to practice before this Court.  I am an associate in the law firm Squire, Sanders & Dempsey L.L.P. and am one of the attorneys of record for plaintiff Meiko Electronics America, Inc. ("Meiko") in the above-captioned matter.  I make this declaration on personal knowledge and if called as a witness could and would competently testify with respect to the matters stated herein.  This

1  declaration is made in support of Meiko's Motion for Administrative Relief To Appoint Process
2  Server.
3  2.    I understand that defendant Celestica De Monterrey, S.A., De C.V. ("Celestica") is a
4  Mexico corporation, with its headquarters in Monterrey, Mexico.
5  3.    The United States and Mexico are parties to the Inter-American Convention on Letters
6  Rogatory.  Service of process by letters rogatory may be accomplished pursuant to the
7  Convention.  Under this Convention, requests are prepared on a Convention form and transmitted
8  via the United States Central Authority in the Department of Justice to the Mexican central
9  authority.
10  4.    Mexico is a signatory to the Hague Convention on the Service Abroad of Judicial and
11  Extra-judicial Documents.  Under this Convention, requests for service are sent by the requester
12  to the foreign central authority for service.
13  5.    Meiko wishes to appoint APS International, Ltd., located at APS International Plaza, 7800
14  Glenroy Road, Minneapolis, MN 55439-3122, as its process server to effect service of process on
15  Defendant Celestica in Monterrey, Mexico.
16  6.    I understand that such appointment is a necessary predicate to service of process in
17  Mexico.
18       I declare under penalty of perjury under the laws of the United States that the foregoing is
19  true and correct.
20       Executed at San Francisco, California, on July 23, 2007.

*/s/ Ann J. Lee*_____
Ann J. Lee