1  SQUIRE, SANDERS & DEMPSEY L.L.P.
   Joseph A. Meckes (State Bar # 190279)
2  Ann J. Lee (State Bar # 236501)
   One Maritime Plaza, Suite 300
3  San Francisco, CA  94111-3492
4  Telephone:    +1.415.954.0200
   Facsimile:    +1.415.393.9887
5  E-mail:       jmeckes@ssd.com
   Email:        ajlee@ssd.com
6
7  Attorneys for Plaintiff
   MEIKO ELECTRONICS AMERICA, INC.
8

9                    UNITED STATES DISTRICT COURT
10                   NORTHERN DISTRICT OF CALIFORNIA
11                        (SAN JOSE DIVISION)
12

| MEIKO ELECTRONICS AMERICA, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CELESTICA DE MONTERREY, S.A., DE C.V., a Mexico corporation,<br><br>Defendant. | Case No.  C07-03179 JW<br><br>Judge:  Honorable James Ware<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF MEIKO ELECTRONICS AMERICA, INC.'S MOTION FOR ADMINISTRATIVE RELIEF TO APPOINT PROCESS SERVER**<br><br>**Civ. L. R. 7-11 and 77-2(a)** |
|---|---|

- 2 -

1   IT IS HEREBY ORDERED,

2   That APS International, Ltd., including its designated agents, is appointed and authorized
3   to effect service of process on the defendant, Celestica De Monterrey, S.A., De C.V., in
4   Monterrey, Mexico.  Service shall be effected according to any internationally agreed means, the
5   laws of the foreign country, or as directed by the foreign authority or the originating court if not
6   otherwise prohibited by international agreement or the laws of the foreign country, and in a
7   manner reasonably calculated to give notice.

8   DATED:  _____                    _____
9                                              Clerk, U.S. District Court
                                               Northern District Of California
10                                             San Jose

SQUIRE, SANDERS &
DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, CA  94111-3492

- 2 -
Proposed Order to Appoint Process Server – CASE NO. C07-03179 JW