SQUIRE, SANDERS & DEMPSEY L.L.P.
Joseph A. Meckes (State Bar # 190279)
Ann J. Lee (State Bar # 236501)
One Maritime Plaza, Suite 300
San Francisco, CA  94111-3492
Telephone:      +1.415.954.0200
Facsimile:       +1.415.393.9887
E-mail:           jmeckes@ssd.com
Email:            ajlee@ssd.com

Attorneys for Plaintiff
MEIKO ELECTRONICS AMERICA, INC.

*IT IS SO ORDERED*
*[signature] Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| MEIKO ELECTRONICS AMERICA, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CELESTICA DE MONTERREY, S.A., DE C.V., a Mexico corporation,<br><br>Defendant. | Case No.  C07-03179 JW<br><br>Judge:  Honorable James Ware<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF MEIKO ELECTRONICS AMERICA, INC.'S MOTION FOR ADMINISTRATIVE RELIEF TO APPOINT PROCESS SERVER**<br><br>**Civ. L. R. 7-11 and 77-2(a)** |

1   IT IS HEREBY ORDERED,

2   That APS International, Ltd., including its designated agents, is appointed and authorized
3   to effect service of process on the defendant, Celestica De Monterrey, S.A., De C.V., in
4   Monterrey, Mexico.  Service shall be effected according to any internationally agreed means, the
5   laws of the foreign country, or as directed by the foreign authority or the originating court if not
6   otherwise prohibited by international agreement or the laws of the foreign country, and in a
7   manner reasonably calculated to give notice.

Dated:  July 30, 2007

_____
JAMES WARE
United States District Judge