SQUIRE, SANDERS & DEMPSEY L.L.P.
Joseph A. Meckes (State Bar # 190279)
Ann J. Lee (State Bar # 236501)
One Maritime Plaza, Suite 300
San Francisco, CA 94111-3492
Telephone:   +1.415.954.0200
Facsimile:   +1.415.393.9887
E-mail:      jmeckes@ssd.com
Email:       ajlee@ssd.com

Attorneys for Plaintiff
MEIKO ELECTRONICS AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| MEIKO ELECTRONICS AMERICA, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CELESTICA DE MONTERREY, S.A., DE C.V., a Mexico corporation,<br><br>Defendant. | Case No. C07-03179 JW<br><br>Judge: Honorable James Ware<br><br>**E-FILING**<br><br>**PLAINTIFF MEIKO ELECTRONICS AMERICA, INC.'S MOTION FOR ADMINISTRATIVE RELIEF TO CHANGE CASE MANAGEMENT SCHEDULE**<br><br>**Civ. L. R. 7-11 and 16-2(d)** |

Pursuant to Civil Local Rules 7-11 and 16-2(d), Plaintiff Meiko Electronics America, Inc. ("Meiko America") brings this motion for administrative relief to change the case management schedule currently in place in the above-captioned case to give Meiko America additional time to complete service of process under the Convention on the Service Abroad of Judicial and Extra-judicial Documents in Civil or Commercial Matters, Nov. 15, 1965, 20 U.S.T. 361, T.I.A.S. No. 6638, *reprinted* in Fed. R.Civ. p. 4 advisory committee's notes (the "Hague Convention").

1    Defendant Celestica De Monterrey, S.A., De C.V. ("Celestica") is a Mexico corporation, with its principal place of business in Monterrey, Mexico. Because Mexico is a signatory to the Hague Convention, Meiko America is required under applicable federal law to comply with the requirements of the Hague Convention. Generally, the Hague Convention requires that the Summons and Complaint be transmitted to the defendant through the "Central Authority" of the receiving country. Although some courts have interpreted Article 10(a) of the Hague Convention as not prohibiting service of process by registered mail (*see e.g.*, *Brockmeyer v. May*, 383 F.3d 798, 799 (9th Cir. 2004), Mexico has objected to Article 10(a) of the Hague Convention. Accordingly, absent voluntary acceptance of service of process by Celestica, Meiko America has no choice but to serve process formally through the Mexican Central Authority.

After this Action was filed, this Court granted Meiko America's Motion for Administrative Relief to appoint APS International, Inc. ("APS") as Meiko America's process server. *See* Doc. No. 10. APS has subsequently translated the Summons, Complaint and other documents required to be served (as required under Mexican law) and has transmitted those documents to Mexican Ministry of Foreign Relations, which acts as Mexico's Central Authority under the Hague Convention. Declaration of Joseph A. Meckes ¶2 ("Meckes Decl.") APS has informed Meiko America that service of the documents through the Central Authority typically takes about four to six months after receipt by the Central Authority, although it sometimes takes a shorter or longer time. *Id.*

Meiko America has taken reasonable steps to avoid the delay resulting from service of process under the Hague Convention. First, immediately after filing this Action, Meiko America executives delivered a copy of the Summons and Complaint to their counterparts at Celestica. Meckes Decl. ¶3. Although Meiko America invited Celestica to accept service of process informally, Celestica did not respond. *Id.* In mid-July 2007, Bryan Merryman, an attorney with White & Case in Los Angeles, contacted counsel for Meiko America on behalf of Celestica to discuss the parties' dispute. *Id.* at ¶4. Counsel for Meiko America requested that Mr. Merryman accept service of process on behalf of Celestica in order to avoid the delays and expense that would result from requiring formal service under the Hague Convention. *Id.* Mr. Merryman,

- 2 -

MEIKO AMERICA'S MAR FOR CHANGE TO CASE MANAGEMENT SCHEDULE
CASE NO. C07-03179 JW

1  however, declined, informing counsel for Meiko America that he was not authorized to do so. *Id.*
2  Although counsel for Meiko America requested that Mr. Merryman ask Celestica to permit him to
3  accept service of process, Mr. Merryman has not responded to this request. *Id.*
4     In the interest of judicial efficiency and for good cause shown, as reflected in the
5  Declaration of Joseph A. Meckes submitted herewith, Meiko America respectfully requests that
6  this Court postpone the currently scheduled case management dates by approximately three
7  months to permit the Mexican Central Authority to complete service of process under the Hague
8  Convention. The Court has currently scheduled a Case Management Conference for October 1,
9  2007 and has ordered the parties to submit a Joint Case Management Conference Statement no
10 later than September 21, 2007. *See* Doc. No. 5. Meiko America respectfully requests that the
11 deadlines be rescheduled for **January 8, 2008** and **December 21, 2007,** respectively, or such
12 other dates that are convenient for the Court. Meiko America further proposes that the associated
13 deadlines to (1) meet and confer re: initial disclosures, early settlement, ADR process selection,
14 and discovery plan, and (2) to file Joint ADR Certification with Stipulation to ADR Process or
15 Notice of Need for ADR Phone Conference be set for December 14, 2007. If the Mexican
16 Central Authority has not delivered the Summons and Complaint to Celestica by December 3,
17 2007, Meiko America will notify the Court as soon as practicable thereafter.

19 DATED:   September 5, 2007                    SQUIRE, SANDERS & DEMPSEY, L.L.P.

                                                By:___*/s/ Joseph A. Meckes*___
                                                     Joseph A. Meckes

                                                Attorneys for Plaintiff
                                                MEIKO ELECTRONICS AMERICA, INC.

SQUIRE, SANDERS &
DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, CA 94111-3492

- 3 -

MEIKO AMERICA'S MAR FOR CHANGE TO CASE MANAGEMENT SCHEDULE
CASE NO. C07-03179 JW