SQUIRE, SANDERS & DEMPSEY L.L.P.
Joseph A. Meckes (State Bar # 190279)
Ann J. Lee (State Bar # 236501)
One Maritime Plaza, Suite 300
San Francisco, CA 94111-3492
Telephone:  +1.415.954.0200
Facsimile:  +1.415.393.9887
E-mail:     jmeckes@ssd.com
Email:      ajlee@ssd.com

Attorneys for Plaintiff
MEIKO ELECTRONICS AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| MEIKO ELECTRONICS AMERICA, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CELESTICA DE MONTERREY, S.A., DE C.V., a Mexico corporation,<br><br>Defendant. | Case No. C07-03179 JW<br><br>Judge: Honorable James Ware<br><br>**E-FILING**<br><br>**DECLARATION OF JOSEPH A. MECKES IN SUPPORT OF PLAINTIFF MEIKO ELECTRONICS AMERICA, INC.'S MOTION FOR ADMINISTRATIVE RELIEF TO CHANGE CASE MANAGEMENT SCHEDULE**<br><br>**Civ. L. R. 7-11 and 16-2(d)** |

DECL. OF JOSEPH A. MECKES RE MAR
CASE NO. C07-03179 JW

I, Joseph A. Meckes, declare as follows:

1. I am an attorney licensed to practice law in the State of California and am admitted to practice before this Court. I am a partner in the law firm Squire, Sanders & Dempsey L.L.P. and the lead attorney for plaintiff Meiko Electronics America, Inc. ("Meiko America") in the above-captioned matter. I make this declaration on personal knowledge and if called as a witness could and would competently testify with respect to the matters stated herein. This declaration is made in support of Meiko America's Motion for Administrative Relief to Change the Case Management Schedule filed herewith.

2. I understand that APS International, Inc. ("APS") has translated the Summons, Complaint and other documents required to be served in this Action into Spanish as required under Mexican law, and that APS has transmitted those documents to the Mexican Ministry of Foreign Relations, which acts as Mexico's Central Authority under the Hague Convention. APS has informed us that service of the documents through the Mexican Central Authority typically takes about four to six months after receipt by the Central Authority, although it sometimes takes a shorter or longer time.

3. Immediately after this Action was filed, Meiko America executives delivered a copy of the Summons and Complaint to their counterparts at Celestica. Although Meiko America invited Celestica to accept service of process informally, Celestica did not respond.

4. In mid-July 2007, Bryan Merryman, an attorney with White & Case in Los Angeles, contacted me, stating that he was acting on behalf of Celestica and that he wished to discuss the parties' dispute. During that conversation, I requested that Mr. Merryman agree to accept service of process on behalf of Celestica in order to avoid the delays and expense that would result from requiring formal service under the Hague Convention. Mr. Merryman, however, informed me

///

///

///

//

/

- 2 -

DECL. OF JOSEPH A. MECKES RE MAR, CASE NO. C07-03179 JW

SQUIRE, SANDERS & DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, CA 94111-3492

1  that he was not authorized to do so. During that call, I requested that Mr. Merryman ask Celestica
2  to authorize him to accept service of process, but Mr. Merryman has not responded to this
3  Request.
4      I declare under penalty of perjury under the laws of the United States that the foregoing is
5  true and correct.
6      Executed at San Francisco, California, on September 5, 2007.

          */s/ Joseph A. Meckes*
          Joseph A. Meckes

SQUIRE, SANDERS &
DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, CA 94111-3492