1  SQUIRE, SANDERS & DEMPSEY L.L.P.
   Joseph A. Meckes (State Bar # 190279)
2  Ann J. Lee (State Bar # 236501)
3  One Maritime Plaza, Suite 300
   San Francisco, CA 94111-3492
4  Telephone:   +1.415.954.0200
   Facsimile:   +1.415.393.9887
5  E-mail:      jmeckes@ssd.com
   Email:       ajlee@ssd.com
6
7  Attorneys for Plaintiff
   MEIKO ELECTRONICS AMERICA, INC.
8

9               UNITED STATES DISTRICT COURT
10              NORTHERN DISTRICT OF CALIFORNIA
11                    (SAN JOSE DIVISION)
12

| | |
|---|---|
| MEIKO ELECTRONICS AMERICA, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CELESTICA DE MONTERREY, S.A., DE C.V., a Mexico corporation,<br><br>Defendant. | Case No. C07-03179 JW<br><br>Judge: Honorable James Ware<br><br>**E-FILING**<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF MEIKO ELECTRONICS AMERICA, INC.'S MOTION FOR ADMINISTRATIVE RELIEF TO CHANGE CASE MANAGEMENT SCHEDULE**<br><br>**Civ. L. R. 7-11 and 16-2(d)** |

IT IS HEREBY ORDERED,

1. That the current Orders concerning case management (Doc. Nos. 3 and 5) are vacated.

2. That the Parties shall appear for an Initial Case Management Conference on **January 8, 2008** at 10 a.m. in Courtroom No. 8, 4th floor of the U.S. Courthouse, 280 South First Street, San Jose, California.

3. That the Parties shall submit a Joint Case Management Statement and complete their Initial Disclosures no later than **December 21, 2007.**

4. That the last day to (1) meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan, and (2) to file Joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference shall be **December 14, 2007.**

5. If plaintiff Meiko America has not received notice from the Mexican Central Authority that the Summons and Complaint have been served upon defendant Celestica de Monterrey, SA de CV by December 3, 2007, Meiko America will so notify the Court to permit further rescheduling, if necessary.

DATED: _____

The Honorable James Ware
United States District Court Judge

SQUIRE, SANDERS &
DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, CA 94111-3492

[PROPOSED] ORDER GRANTING MAR
CASE NO. C07-03179 JW

- 2 -