SQUIRE, SANDERS & DEMPSEY L.L.P.
Joseph A. Meckes (State Bar # 190279)
Arturo E. Sandoval (State Bar # 227077)
One Maritime Plaza, Suite 300
San Francisco, CA 94111-3492
Telephone:  +1.415.954.0200
Facsimile:  +1.415.393.9887
E-mail:  jmeckes@ssd.com
Email:  asandoval@ssd.com

Attorneys for Plaintiff
MEIKO ELECTRONICS AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| MEIKO ELECTRONICS AMERICA, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CELESTICA DE MONTERREY, S.A., DE C.V., a Mexico corporation,<br><br>Defendant. | Case No. C07-03179 JW<br><br>Judge: Honorable James Ware<br><br>**E-FILING**<br><br>**CERTIFICATE OF SERVICE** |

I, Lanii Langlois, declare:

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is One Maritime Plaza, Suite 300, San Francisco, California 94111-3492. On ***December 3, 2007***, I served a copy of the within document(s):

**PLAINTIFF MEIKO ELECTRONICS AMERICA, INC.'S NOTICE PURSUANT TO THE COURT'S SEPTEMBER 6, 2007 ORDER [DOC. NO. 14] AND MISCELLANEOUS CIVIL LOCAL RULES**

- 2 -

**[PROPOSED] ORDER GRANTING PLAINTIFF MEIKO ELECTRONICS AMERICA, INC.'S REQUEST FOR ADMINISTRATIVE RELIEF TO CHANGE CASE MANAGEMENT SCHEDULE**

by transmitting via electronic mail the documents listed above to the e-mail addresses set forth below on this date.

    bmerryman@whitecase.com

    I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

    Executed on *December 3, 2007*, at San Francisco, California.

                                          */s/ Lanii Langlois*

                                          Lanii Langlois