1  SQUIRE, SANDERS & DEMPSEY L.L.P.
   Joseph A. Meckes (State Bar # 190279)
2  Arturo E. Sandoval (State Bar # 227077)
   One Maritime Plaza, Suite 300
3  San Francisco, CA  94111-3492
4  Telephone:    +1.415.954.0200
   Facsimile:    +1.415.393.9887
5  E-mail:       jmeckes@ssd.com
   Email:        asandoval@ssd.com
6
7  Attorneys for Plaintiff
   MEIKO ELECTRONICS AMERICA, INC.
8

9                       UNITED STATES DISTRICT COURT

10                     NORTHERN DISTRICT OF CALIFORNIA

11                              (SAN JOSE DIVISION)

12

| | |
|---|---|
| MEIKO ELECTRONICS AMERICA, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CELESTICA DE MONTERREY, S.A., DE C.V., a Mexico corporation,<br><br>Defendant. | Case No.  C07-03179 JW<br><br>Judge:  Honorable James Ware<br><br>**E-FILING**<br><br>**DECLARATION OF ARTURO E. SANDOVAL IN SUPPORT OF PLAINTIFF MEIKO ELECTRONICS AMERICA, INC.'S MOTION FOR ADMINISTRATIVE RELIEF TO CHANGE CASE MANAGEMENT SCHEDULE**<br><br>**Civ. L. R. 7-11 and 16-2(d) and ¶ 5 of the Court's December 5, 2007 Order [Doc. No. 18-2]** |

I, Arturo E. Sandoval, declare as follows:

1. I am an attorney licensed to practice law in the State of California and am admitted to practice before this Court. I am an associate at the law firm of Squire, Sanders & Dempsey L.L.P. and counsel for plaintiff Meiko Electronics America, Inc. ("Meiko America") in the above-captioned matter. This declaration is based on my personal knowledge and if called as a witness could and would competently testify as to the matters set forth herein. I make this declaration in support of Meiko America's Motion for Administrative Relief to Change the Case Management Schedule filed herewith.

2. Attached hereto as **Exhibit A** is a true and correct copy of a letter dated January 28, 2008 sent to me by APS International, Ltd., informing me that APS has requested the status of service of process in Mexico from the Mexican Central Authority.

3. On January 31, 2008, in response to a voicemail from me, Ms. Diane Myers of APS informed me that APS had not heard back from the Mexican Central Authority. She let me know that as soon as she heard anything from the Mexican Central Authority she would contact me.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed at San Francisco, California, on February 4, 2008.

                                                    /s/ *Arturo E. Sandoval*
                                                    Arturo E. Sandoval