# Exhibit A

APS International Plaza • 7800 Glenroy Road
Minneapolis, Minnesota 55439-3122
PHONE: (952) 831-7776
FAX: (952) 831-8150
TOLL FREE: (800) 328-7171

# APS International, Ltd.

Website: www.CivilActionGroup.com

January 28, 2008

My Email: DMyers@CivilActionGroup.com

Attn: Mr. Arturo E. Sandoval
SQUIRE, SANDERS & DEMPSEY
One Maritime Plaza, Suite 300
San Francisco, CA 94111-3492

RE: Meiko Electronics America, Inc. v Celestica de Monterrey, S.A. de C.V.
    Country: Mexico
    APS File #250283
    -- Celestica de Monterrey, S.A. de C.V. ; Apodaca, N.L. 66600, Mexico

Dear Mr. Sandoval:

We have submitted a final letter (copy attached) requesting status in the above referenced case.

The purpose of this status request is to remind the authorities of the case and if necessary to provide documentation to apply for a default judgment in accordance with Declaration 3 made by the United States which adopts Paragraph 2 of Article 15 of the Hague Service Convention which allows for a default judgment in a U.S. Court.

If we do not receive a response to this request for status by February 28, 2008, we will complete an affidavit after that date which allows you to apply for a default judgment in accordance with Declaration 3.

If you should have any questions or concerns, please feel free to call.

Sincerely,

Diane Myers
Direct Extension: 339
APS International, Ltd.
International Division
DMyers@CivilActionGroup.com

APS International Plaza • 7800 Glenroy Road
Minneapolis, Minnesota 55439-3122
PHONE: (952) 831-7776
FAX: (952) 831-8150

# APS International, Ltd.

January 28, 2008

Secretaría de Relaciones Exteriores
Dirección General de Asuntos Jurídicos
Plaza Juárez 20, piso 5, Edificio Tlatelolco
Col. Centro, Delegación Cuauhtémoc
México D.F. México C.P. 06010

RE:  Service of Process upon: **Celestica de Monterrey, S.A. de C.V.**
CASE NO:  **C 07 03179 RS**

Dear Sir/Madam:

Documents for service of process under the Hague Convention on the Service Abroad of Judicial & Extrajudicial Documents in Civil or Commercial Matters, were sent to you on August 27, 2007 in the lawsuit: Meiko Electronics America, Inc. v Celestica de Monterrey, S.A. de C.V.

We sent the following documents via Federal Express courier.

1) Request, Certificate/Attestation and Summary of Documents.
2) Two (2) copies of the documents to be served (in English).
3) Two (2) copies of the documents to be served (in Spanish).

We also sent a letter requesting status of service on December 27, 2007, via Federal Express.

Please let us know the status of these papers;

1) Have the documents been served? _____.
2) If so, when, where and on whom were they served?
_____.
3) Where is the Certificate/Attestation and when can we expect it?
_____.

The United States has executed Declaration 3 to the Treaty, which adopts Paragraph 2 of Article 15 and allows for a default judgment in a United States Court, notwithstanding the absence of proof of service. In accordance with this provision, we will be requesting the United States Court to grant judgment by default against **Celestica de Monterrey, S.A. de C.V.**, your citizen, after **February 28, 2008.**

Thank you for your prompt consideration.

Sincerely,

*Diane K. Myers*

Diane K. Myers
International Department

APS International Plaza • 7800 Glenroy Road
Minneapolis, Minnesota 55439-3122
PHONE: (952) 831-7776
FAX: (952) 831-8150

# APS International, Ltd.

28 de enero de 2008

Secretaría de Relaciones Exteriores
Dirección General de Asuntos Jurídicos
Plaza Juárez 20, piso 5, Edificio Tlatelolco
Col. Centro, Delegación Cuauhtémoc
México D.F. México  C.P. 06010

Referente a: Diligencia de emplazamiento sobre: <u>Celestica de Monterrey, S.A. de C.V.</u>
Número de caso: <u>C 07 03179 RS</u>

Muy estimados señores:

Documentos para una diligencia de emplazamiento bajo el <u>Convenio de La Haya Relativo a la Notificación o Traslado en el Extranjero de Documentos Judiciales o Extrajudiciales en Materia Civil o Comercial</u>, fueron enviados a Uds. el <u>27 de agosto de 2007</u> sobre el pleito de: <u>Meiko Electronics America, Inc. contra Celestica de Monterrey, S.A. de C.V.</u>

Enviamos los siguientes documentos por vía de Federal Express correo expreso:

1) Petición, Certificación/Atestación y Resumen de Documentos.
2) Dos (2) copias de los documentos para la notificación (en inglés).
3) Dos (2) copias de los documentos para la notificación (en español).

También enviamos una carta pidiendo el estado de la notificación vía Federal Express el <u>27 de diciembre de 2007</u>.

Favor de hacernos saber el estado de estos documentos:

1) ¿El demandado ha sido notificado con los documentos?
2) Si es así, ¿cuándo, dónde y quién fue notificado?
3) ¿Dónde se encuentra la Certificación/Atestación y cuándo podemos esperar recibirla?

Los Estados Unidos ha ejecutado la Declaración 3 al Tratado, la cual acepta el Párrafo 2 del Artículo 15 y permite una sentencia en contumacia en un Tribunal de los Estados Unidos, a pesar de la falta de la prueba de la notificación judicial. De acuerdo con esta provisión, pediremos que el Tribunal Estadounidense registre una sentencia en contumacia en contra de <u>Celestica de Monterrey, S.A. de C.V.</u>, su ciudadano, después del <u>28 de febrero de 2008</u>.

Agradecemos su pronta respuesta y consideración.

Atentamente,

Diane K. Myers
Departamento Internacional