SQUIRE, SANDERS & DEMPSEY L.L.P.
Joseph A. Meckes (State Bar # 190279)
Arturo E. Sandoval (State Bar # 227077)
One Maritime Plaza, Suite 300
San Francisco, CA  94111-3492
Telephone:  +1.415.954.0200
Facsimile:  +1.415.393.9887
E-mail:  jmeckes@ssd.com
Email:  asandoval@ssd.com

Attorneys for Plaintiff
MEIKO ELECTRONICS AMERICA, INC.

*IT IS SO ORDERED AS MODIFIED*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| MEIKO ELECTRONICS AMERICA, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CELESTICA DE MONTERREY, S.A., DE C.V., a Mexico corporation,<br><br>Defendant. | Case No.  C07-03179 JW<br><br>Judge:  Honorable James Ware<br><br>**E-FILING**<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF MEIKO ELECTRONICS AMERICA, INC.'S MOTION FOR ADMINISTRATIVE RELIEF TO CHANGE CASE MANAGEMENT SCHEDULE**<br><br>**Civ. L. R. 7-11 and 16-2(d) and ¶ 5 of the Court's December 5, 2007 Order [Doc. No. 18-2]** |

IT IS HEREBY ORDERED,

1. That the current Order concerning case management (Doc. No. 14) is vacated.

2. That the Parties shall appear for an Initial Case Management Conference on **June 2, 2008** at 10 a.m. in Courtroom No. 8, 4th floor of the United States Courthouse, 280 South First Street, San Jose, California.

3. That the Parties shall submit a Joint Case Management Statement and complete their Initial Disclosures no later than **May 23, 2008.**

4. That the last day to (1) meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan, and (2) to file Joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference shall be **April 28, 2008**.

5. If plaintiff Meiko America has not received notice from the Mexican Central Authority that the Summons and Complaint have been served upon defendant Celestica de Monterrey, S.A., de C.V. by **April 4, 2008**, Meiko America will so notify the Court to permit further rescheduling, if necessary.

IT IS SO ORDERED.

DATED: February 14, 2008

/s/ James Ware
The Honorable James Ware
United States District Court Judge

- 2 -