SQUIRE, SANDERS & DEMPSEY L.L.P.
Joseph A. Meckes (State Bar # 190279)
Arturo E. Sandoval (State Bar # 227077)
One Maritime Plaza, Suite 300
San Francisco, CA  94111-3492
Telephone:   +1.415.954.0200
Facsimile:   +1.415.393.9887
E-mail:      jmeckes@ssd.com
E-mail:      asandoval@ssd.com

Attorneys for Plaintiff
MEIKO ELECTRONICS AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| MEIKO ELECTRONICS AMERICA, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CELESTICA DE MONTERREY, S.A., DE C.V., a Mexico corporation,<br><br>Defendant. | Case No.  C07-03179 JW<br><br>Judge:  Honorable James Ware<br><br>**E-FILING**<br><br>**DECLARATION OF ARTURO E. SANDOVAL IN SUPPORT OF PLAINTIFF MEIKO ELECTRONICS AMERICA, INC.'S MOTION FOR ADMINISTRATIVE RELIEF TO CHANGE CASE MANAGEMENT SCHEDULE**<br><br>**Civ. L. R. 7-11 and 16-2(d) and ¶ 5 of the Court's February 14, 2008 Order [Doc. No. 23]** |

I, ARTURO E. SANDOVAL, declare as follows:

1. I am an attorney licensed to practice law in the State of California and am admitted to practice before this Court. I am an associate at the law firm of Squire, Sanders & Dempsey L.L.P. and counsel for Plaintiff Meiko Electronics America, Inc. ("Meiko America") in the above-captioned matter. This declaration is based on my personal knowledge and if called as a witness could and would competently testify as to the matters set forth herein. I make this declaration in support of Meiko America's Motion for Administrative Relief to Change the Case Management Schedule filed herewith.

2. On April 3, 2008, I telephoned Mr. Bryan Merryman, an attorney at White & Case in Los Angeles. I left Mr. Merryman a voicemail asking him to return my telephone call to either confirm that he still could not accept service of process on behalf of Celestica or to let me know if he had received the necessary authority to accept service of process on behalf of his client, Celestica. On April 4, 2008, Mr. Merryman returned my telephone call and personally informed me that he still was not authorized to accept service of process on behalf of Celestica. Mr. Merryman told me that he would call Celestica to inquire about receiving the necessary authority to accept service of process on behalf of Celestica.

3. Meiko America has consulted with the Mexican law firm Sanchez-DeVanny Eseverri, S.C., with offices in both Mexico City, Mexico (where the Mexican Central Authority has its offices) and Monterrey, Mexico, requesting that the law firm try to find out the status of service of process in Mexico. So far, the law firm has not been able to get information from the Mexican Central Authority. These efforts continue and are on-going.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed at San Francisco, California, on April 4, 2008.

                                                /s/Arturo E. Sandoval
                                                ARTURO E. SANDOVAL

SANFRANCISCO/250825.2
100161.00002