1 | SQUIRE, SANDERS & DEMPSEY L.L.P.
Joseph A. Meckes (State Bar # 190279)
2 | Arturo E. Sandoval (State Bar # 227077)
One Maritime Plaza, Suite 300
3 | San Francisco, CA  94111-3492
Telephone:    +1.415.954.0200
4 | Facsimile:     +1.415.393.9887
E-mail:         jmeckes@ssd.com
5 | E-mail:         asandoval@ssd.com

6 | Attorneys for Plaintiff
MEIKO ELECTRONICS AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| MEIKO ELECTRONICS AMERICA, INC., a California corporation, <br><br>Plaintiff, <br><br>vs. <br><br>CELESTICA DE MONTERREY, S.A., DE C.V., a Mexico corporation, <br><br>Defendant. | Case No.  C07-03179 JW <br><br>Judge:  Honorable James Ware <br><br>**E-FILING** <br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF MEIKO ELECTRONICS AMERICA, INC.'S MOTION FOR ADMINISTRATIVE RELIEF TO CHANGE CASE MANAGEMENT SCHEDULE** <br><br>**Civ. L. R. 7-11 and 16-2(d) and ¶ 5 of the Court's February 14, 2008 Order [Doc. No. 23]** |

**IT IS HEREBY ORDERED,**

1. That the current Order concerning case management (Doc. No. 23) is vacated.

2. That the Parties shall appear for an Initial Case Management Conference on **September 12, 2008** at 10 a.m. in Courtroom No. 8, 4th floor of the United States Courthouse, 280 South First Street, San Jose, California.

3. That the Parties shall submit a Joint Case Management Statement and complete their Initial Disclosures no later than **September 1, 2008**.

4. That the last day to (1) meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan, and (2) to file Joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference shall be **July 28, 2008**.

5. If Plaintiff Meiko America has not received notice from the Mexican Central Authority that the Summons and Complaint have been served upon defendant Celestica de Monterrey, S.A., de C.V. by **July 8, 2008**, Meiko America will so notify the Court to permit further rescheduling, if necessary.

**IT IS SO ORDERED.**

DATED:

THE HONORABLE JAMES WARE
United States District Court Judge

SANFRANCISCO/258492.1
100161.00002