1  SQUIRE, SANDERS & DEMPSEY L.L.P.
   Joseph A. Meckes (State Bar # 190279)
2  Arturo E. Sandoval (State Bar # 227077)
   One Maritime Plaza, Suite 300
3  San Francisco, CA  94111-3492
   Telephone:    +1.415.954.0200
4  Facsimile:    +1.415.393.9887
   E-mail:       jmeckes@ssd.com
5  E-mail:       asandoval@ssd.com

6  Attorneys for Plaintiff
   MEIKO ELECTRONICS AMERICA, INC.

7

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                        (SAN JOSE DIVISION)
11

12

13  MEIKO ELECTRONICS AMERICA,          Case No.  C07-03179 JW
    INC., a California corporation,
14                                       Judge:  Honorable James Ware
                        Plaintiff,
15                                       **E-FILING**
          vs.
16                                       **[PROPOSED] ORDER GRANTING
                                         PLAINTIFF MEIKO ELECTRONICS
17  CELESTICA DE MONTERREY, S.A.,        AMERICA, INC.'S MOTION FOR
    DE C.V., a Mexico corporation,       ADMINISTRATIVE RELIEF TO CHANGE
18                                       CASE MANAGEMENT SCHEDULE**
                        Defendant.
19                                       **Civ. L. R. 7-11 and 16-2(d) and ¶ 5 of the
                                         Court's February 14, 2008 Order [Doc. No.
20                                       23]**

21

22

23

24

25

26

27

28

SQUIRE, SANDERS &
DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, CA  94111-3492

1    **IT IS HEREBY ORDERED,**

2        1.      That the current Order concerning case management (Doc. No. 23) is vacated.

3        2.      That the Parties shall appear for an Initial Case Management Conference on

4    **September 8, 2008 at 10 a.m.**  in Courtroom No. 8, 4th floor of the United States Courthouse,

5    280 South First Street, San Jose, California.

6
        3.      That the Parties shall submit a Joint Case Management Statement and complete
7

8    their Initial Disclosures no later than **August 29, 2008.**

9        4.      That the last day to (1) meet and confer re: initial disclosures, early settlement,

10   ADR process selection, and discovery plan, and (2) to file Joint ADR Certification with

11   Stipulation to ADR Process or Notice of Need for ADR Phone Conference shall be **July 28,**

12   **2008**.

13       **This is the final continuance.   Plaintiff shall appear for the Case Management**

14   **Conference on September 8, 2008.**

15

16

17

18

19
     **IT IS SO ORDERED.**
20

21
     DATED:_____    _____
22                      April 18, 2008
                                        THE HONORABLE JAMES WARE
23                                      United States District Court Judge

24   SANFRANCISCO/258492.1
     100161.00002
25

26

27

28

**SQUIRE, SANDERS &**
**DEMPSEY L.L.P.**
One Maritime Plaza, Suite 300
San Francisco, CA  94111-3492

PROPOSED ORDER GRANTING MAR, CASE NO. C07-03179 JW