1  BRYAN A. MERRYMAN (SBN 134357)
   bmerryman@whitecase.com
2  DESIREE DESURRA (SBN 223605)
   ddesurra@whitecase.com
3  WHITE & CASE LLP
   633 W. Fifth Street, Suite 1900
4  Los Angeles, CA  90071-2007
   Telephone:  (213) 620-7700
5  Facsimile:   (213) 452-2329

6  Attorneys for Defendant
   Celestica de Monterrey, S.A., de C.V.
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

| 11 | MEIKO ELECTRONICS AMERICA, INC., a California Corporation, | No. C07-03179 JW |
|---|---|---|
| 12 | | Judge: Hon. James Ware |
| 13 | Plaintiff, | **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |
| 14 | v. | |
| 15 | CELESTICA DE MONTERREY, S.A., DE C.V., a Mexico corporation, | |
| 16 | Defendant. | |

17

18

19

20      WHEREAS, plaintiff Meiko Electronics America, Inc. ("Meiko") filed a
21  complaint against defendant Celestica de Monterrey, S.A., de C.V. ("Celestica") on
22  June 15, 2007;
23      WHEREAS, Celestica has only recently been served;
24      WHEREAS, Meiko has agreed to this first extension of time for Celestica to
25  answer or otherwise respond to the complaint to August 14, 2008, pursuant to
26  Northern District Local Rule 6-1(a); and
27      WHEREAS, this extension is not sought for any bad faith reason or for
28  purposes of unnecessarily delaying this action.

- 1 -
STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT
CASE NO. C07-03179 JW

LOSANGELES 769531 (2K)

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties, through their counsel, that Celestica shall have until August 14, 2008, to file an answer or otherwise respond to the complaint.

IT IS SO STIPULATED.

Dated: July 8, 2008

WHITE & CASE LLP

By: _____
Bryan A. Merryman
Attorneys for Defendant
Celestica De Monterrey, S.A., de C.V.

Dated: July 8, 2008

SQUIRE SANDERS & DEMPSEY L.L.P.

By: _____
Joseph A. Meckes
Attorneys for Plaintiff
Meiko Electronics America, Inc.