BRYAN A. MERRYMAN (SBN 134357)
bmerryman@whitecase.com
DESIREE DESURRA (SBN 223605)
ddesurra@whitecase.com
WHITE & CASE LLP
633 W. Fifth Street, Suite 1900
Los Angeles, CA 90071-2007
Telephone: (213) 620-7700
Facsimile: (213) 452-2329

Attorneys for Defendant
Celestica de Monterrey, S.A., de C.V.

*IT IS SO ORDERED*
*Judge James Ware*
7/10/2008

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEIKO ELECTRONICS AMERICA, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>CELESTICA DE MONTERREY, S.A., DE C.V., a Mexico corporation,<br><br>Defendant. | No. C07-03179 JW<br><br>Judge: Hon. James Ware<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |

WHEREAS, plaintiff Meiko Electronics America, Inc. ("Meiko") filed a complaint against defendant Celestica de Monterrey, S.A., de C.V. ("Celestica") on June 15, 2007;

WHEREAS, Celestica has only recently been served;

WHEREAS, Meiko has agreed to this first extension of time for Celestica to answer or otherwise respond to the complaint to August 14, 2008, pursuant to Northern District Local Rule 6-1(a); and

WHEREAS, this extension is not sought for any bad faith reason or for purposes of unnecessarily delaying this action.

- 1 -
STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT
CASE NO. C07-03179 JW

LOSANGELES 769531 (2K)

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties, through their counsel, that Celestica shall have until August 14, 2008, to file an answer or otherwise respond to the complaint.

IT IS SO STIPULATED.

Dated:   July 8, 2008                    WHITE & CASE LLP

                                         By: _____
                                             Bryan A. Merryman
                                         Attorneys for Defendant
                                         Celestica De Monterrey, S.A., de C.V.


Dated:   July 8, 2008                    SQUIRE SANDERS & DEMPSEY L.L.P.

                                         By: _____
                                             Joseph A. Meckes
                                         Attorneys for Plaintiff
                                         Meiko Electronics America, Inc.