1  SQUIRE, SANDERS & DEMPSEY L.L.P.
   Joseph A. Meckes (State Bar # 190279)
2  Arturo E. Sandoval (State Bar # 227077)
   One Maritime Plaza, Suite 300
3  San Francisco, CA  94111-3492
   Telephone:    +1.415.954.0200
4  Facsimile:    +1.415.393.9887
   E-mail:       jmeckes@ssd.com
5  E-mail:       asandoval@ssd.com

6  Attorneys for Plaintiff
   MEIKO ELECTRONICS AMERICA, INC.
7

8

9                     UNITED STATES DISTRICT COURT

10                    NORTHERN DISTRICT OF CALIFORNIA

11                         (SAN JOSE DIVISION)

12

| 13 | MEIKO ELECTRONICS AMERICA, INC., a California corporation, | Case No.  C07-03179 JW |
|----|---|---|
| 14 | | Judge:  Honorable James Ware |
| 15 | Plaintiff, | **E-FILING** |
| 16 | vs. | **ADR CERTIFICATION OF PARTY AND LEAD TRIAL COUNSEL** |
| 17 | CELESTICA DE MONTERREY, S.A., DE C.V., a Mexico corporation, | |
| 18 | Defendant. | |

19
20
21
22
23
24
25
26
27
28

SQUIRE, SANDERS &
DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, CA  94111-3492

ADR CERTIFICATION OF PARTY
AND LEAD TRIAL COUNSEL
CASE NO. C07-03179 JW

## SIGNATURE AND CERTIFICATION BY PARTY AND LEAD TRIAL COUNSEL

Pursuant to Civ. L.R. 16 and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site www.adr.cand.uscourts.gov, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

*(Note: This Certification must be signed by each party and its counsel. For e-filers, please consult General Order No. 45, Section X regarding signatures.)*

Dated: August 1, 2008   _____
David Barry, Vice President
Plaintiff MEIKO ELECTRONICS AMERICA, INC.

Dated: August 1, 2008   _____
Joseph A. Meckes
SQUIRE, SANDERS & DEMPSEY, L.L.P.
Attorney for Plaintiff
MEIKO ELECTRONICS AMERICA, INC.

SQUIRE, SANDERS & DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, CA 94111-3492

- 1 -

ADR CERTIFICATION OF PARTY AND LEAD TRIAL COUNSEL
CASE NO. C07-03179 JW

08/01/2008 FRI 13:23 [TX/RX NO 9378] ☒002

**SIGNATURE AND CERTIFICATION BY PARTY AND LEAD TRIAL COUNSEL**

Pursuant to Civ. L.R. 16 and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site www.adr.cand.uscourts.gov, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

*(Note: This Certification must be signed by each party and its counsel. For e-filers, please consult General Order No. 45, Section X regarding signatures.)*

Dated: August 1, 2008    _____

David Barry, Vice President
Plaintiff MEIKO ELECTRONICS AMERICA, INC.

Dated: August 1, 2008    / s / Joseph A. Meckes_____

Joseph A. Meckes
SQUIRE, SANDERS & DEMPSEY, L.L.P.
Attorney for Plaintiff
MEIKO ELECTRONICS AMERICA, INC.

SQUIRE, SANDERS &
DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, CA 94111-3492

- 1 -

ADR CERTIFICATION OF PARTY
AND LEAD TRIAL COUNSEL
CASE NO. C07-03179 JW