1  SQUIRE, SANDERS & DEMPSEY L.L.P.
   Joseph A. Meckes (State Bar # 190279)
2  Arturo E. Sandoval (State Bar # 227077)
   One Maritime Plaza, Suite 300
3  San Francisco, CA 94111-3492
   Telephone:    +1.415.954.0200
4  Facsimile:    +1.415.393.9887
   E-mail:       jmeckes@ssd.com
5  E-mail:       asandoval@ssd.com

6  Attorneys for Plaintiff
   MEIKO ELECTRONICS AMERICA, INC.
7

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                          (SAN JOSE DIVISION)
11

12

13  MEIKO ELECTRONICS AMERICA,            Case No.  C07-03179 JW
    INC., a California corporation,
14                                        Judge:  Honorable James Ware
                  Plaintiff,
15                                        **E-FILING**
          vs.
16                                        **STIPULATION AND [PROPOSED] ORDER
    CELESTICA DE MONTERREY, S.A.,         SELECTING ADR PROCESS**
17  DE C.V., a Mexico corporation,

18                Defendant.

19

20

21

22

23

24

25

26

27

28

SQUIRE, SANDERS &
DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, CA 94111-3492

STIPULATION AND [PROPOSED] ORDER
SELECTING ADR PROCESS
CASE NO. C07-03179 JW

1  The parties stipulate to participate in the following ADR process:

2  **Court Processes:**

3  __ Arbitration          __ ENE          __ Mediation

4  *(Use space below to provide any information regarding timing of session, preferred subject matter expertise of neutral, or other issues.)*

5  **Private Processes:**

6  <u>X</u> Private ADR (please identify process and provider)

7  The parties will engage in private mediation with a mutually agreeable private mediator no later than January 16, 2009.

8  *(For e-filers, please consult General Order N., 45, Section X regarding signatures.)*

11  Dated: August 4, 2008            / s / Joseph A. Meckes
                                     Joseph A. Meckes
12                                   SQUIRE, SANDERS AND DEMPSEY L.L.P.
                                     Attorneys for Plaintiff Meiko Electronics,
13                                   America, Inc.

14  Dated: August 4, 2008
15                                   Bryan A. Merryman
                                     WHITE & CASE LLP
16                                   Attorneys for Defendant Celestica de
                                     Monterrey SA de CV
17

18  **IT IS SO ORDERED.**

19  DATED:_____     _____
                                     UNITED STATES DISTRICT JUDGE
20

STIPULATION AND [PROPOSED] ORDER
SELECTING ADR PROCESS
- 1 -                                                    CASE NO. C07-03179 JW