SQUIRE, SANDERS & DEMPSEY L.L.P.
Joseph A. Meckes (State Bar # 190279)
Arturo E. Sandoval (State Bar # 227077)
One Maritime Plaza, Suite 300
San Francisco, CA 94111-3492
Telephone:  +1.415.954.0200
Facsimile:  +1.415.393.9887
E-mail:  jmeckes@ssd.com
E-mail:  asandoval@ssd.com

Attorneys for Plaintiff
MEIKO ELECTRONICS AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| MEIKO ELECTRONICS AMERICA, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CELESTICA DE MONTERREY, S.A., DE C.V., a Mexico corporation,<br><br>Defendant. | Case No. C07-03179 JW<br><br>Judge: Honorable James Ware<br><br>**E-FILING**<br><br>**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** |

SQUIRE, SANDERS &
DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, CA 94111-3492

STIPULATION AND [PROPOSED] ORDER
SELECTING ADR PROCESS
CASE NO. C07-03179 JW

The parties stipulate to participate in the following ADR process:

**Court Processes:**

__ Arbitration          __ ENE          __ Mediation

*(Use space below to provide any information regarding timing of session, preferred subject matter expertise of neutral, or other issues.)*

**Private Processes:**

**X** Private ADR (please identify process and provider)

The parties will engage in private mediation with a mutually agreeable private mediator no later than January 16, 2009.

*(For e-filers, please consult General Order N., 45, Section X regarding signatures.)*

Dated: August 4, 2008

/ s / Joseph A. Meckes
Joseph A. Meckes
SQUIRE, SANDERS AND DEMPSEY L.L.P.
Attorneys for Plaintiff Meiko Electronics, America, Inc.

Dated: August 4, 2008

/s/ Bryan A. Merryman
Bryan A. Merryman
WHITE & CASE LLP
Attorneys for Defendant Celestica de Monterrey SA de CV

**IT IS SO ORDERED.**

DATED: August 11, 2008

UNITED STATES DISTRICT JUDGE

SQUIRE, SANDERS &
DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, CA 94111-3492

- 1 -

STIPULATION AND [PROPOSED] ORDER
SELECTING ADR PROCESS
CASE NO. C07-03179 JW