| | |
|---|---|
| 1 | BRYAN A. MERRYMAN (SBN 134357) |
| | bmerryman@whitecase.com |
| 2 | DESIREE DESURRA (SBN 223605) |
| | ddesurra@whitecase.com |
| 3 | WHITE & CASE LLP |
| | 633 W. Fifth Street, Suite 1900 |
| 4 | Los Angeles, CA  90071-2007 |
| | Telephone:     (213) 620-7700 |
| 5 | Facsimile:      (213) 452-2329 |

Attorneys for Defendant and Counterclaimant
Celestica de Monterrey, S.A., de C.V.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEIKO ELECTRONICS AMERICA, INC., a California Corporation, | No. C07-03179 JW |
| Plaintiff, | Judge: Hon. James Ware |
| v. | **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| CELESTICA DE MONTERREY, S.A., DE C.V., a Mexico corporation, | |
| Defendant. | |
| CELESTICA DE MONTERREY, S.A., DE C.V., a Mexico corporation, | |
| Counterclaimant, | |
| v. | |
| MEIKO ELECTRONICS AMERICA, INC., a California Corporation, | |
| Counterdefendant. | |

LOSANGELES 769894 (2K)

- 1 -
CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
NO. C07-03179 JW

## CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

Pursuant to Civil Local Rule 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

Celestica, Inc.

Dated: August 14, 2008                    WHITE & CASE LLP


By: /s/ Bryan A. Merryman
    Bryan A. Merryman
Attorneys for Defendant and Counterclaimant
Celestica De Monterrey, S.A., de C.V.