1  BRYAN A. MERRYMAN (SBN 134357)
   bmerryman@whitecase.com
2  DESIREE DESURRA (SBN 223605)
   ddesurra@whitecase.com
3  WHITE & CASE LLP
   633 W. Fifth Street, Suite 1900
4  Los Angeles, CA  90071-2007
   Telephone:    (213) 620-7700
5  Facsimile:    (213) 452-2329

6  Attorneys for Defendant and Counterclaimant
   Celestica de Monterrey, S.A., de C.V.
7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                      SAN JOSE DIVISION

11

12 | MEIKO ELECTRONICS AMERICA, INC., a California Corporation, | No.  C07-03179 JW
13 |                                                            | Assigned to Hon. James Ware
14 |                        Plaintiff,                          | **ADR CERTIFICATION BY PARTIES AND COUNSEL**
15 | v.                                                         |
16 | CELESTICA DE MONTERREY, S.A., DE C.V., a Mexico corporation, |
17 |                        Defendant.                          |
18 | AND RELATED COUNTERCLAIM                                   |

- 1 -

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MEIKO ELECTRONICS AMERICA,
INC., a California Corporation,
          Plaintiff(s),

v.

CELESTICA DE MONTERREY, S.A.,
de C.V., a Mexico corporation,
          Defendant(s).
_____/

Case No. C07-03179 JW

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

**(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

**(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

**(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 28/8/08

                                Robert Ellis - Celestica
                                [Party]

Dated: 8/28/08

                                WHITE & CASE LLP
                               By Bryan A. Merryman
                                [Counsel]

Attorneys for Defendant
and Counterclaimant