SQUIRE, SANDERS & DEMPSEY L.L.P.
Joseph A. Meckes (State Bar # 190279)
Evan S. Nadel (State Bar # 213230)
Arturo E. Sandoval (State Bar # 227077)
One Maritime Plaza, Suite 300
San Francisco, CA  94111-3492
Telephone:      +1.415.954.0200
Facsimile:       +1.415.393.9887
E-mail:           jmeckes@ssd.com
Email:            enadel@ssd.com
E-mail:           asandoval@ssd.com

Attorneys for Plaintiff
MEIKO ELECTRONICS AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MEIKO ELECTRONICS AMERICA, INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>CELESTICA DE MONTERREY, S.A., DE C.V., a Mexico corporation,<br><br>　　　　　Defendant. | Case No.  C07-03179 JW<br><br>**[E-FILING]**<br><br>**NOTICE OF APPEARANCE** |
| CELESTICA DE MONTERREY, S.A., DE C.V., a Mexico corporation,<br><br>　　　　　Counter-Claimant,<br><br>　vs.<br><br>MEIKO ELECTRONICS AMERICA, INC., a California corporation,<br><br>Counter-Defendant. | Judge:  Honorable James Ware |

TO CELESTICA DE MONTERREY, S.A., DE C.V., AND ITS ATTORNEYS OF RECORD:

Please take notice of the appearance of Evan S. Nadel, of Squire, Sanders & Dempsey

1  LLP, as counsel of record for and on behalf of Meiko Electronics America, Inc., in the above

2  entitled action. The contact information for this attorney is:

3
      Evan S. Nadel, Esq.
      SQUIRE, SANDERS & DEMPSEY LLP
4        One Maritime Plaza, Suite 300
      San Francisco, CA  94111
5        Telephone:  +1.415.954.0200
      Facsimile:  +1.415.393.9887
6        Email: Enadel@ssd.com

7

8  Dated: September 4, 2008       Respectfully submitted,

      SQUIRE, SANDERS & DEMPSEY L.L.P.
9

10

11       By:    /s/ *Evan S. Nadel*
      Joseph A. Meckes
12       Evan S. Nadel
      Arturo E. Sandoval

13       Attorneys for Plaintiff
      MEIKO ELECTRONICS AMERICA, INC.
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**SQUIRE, SANDERS &
DEMPSEY L.L.P.**
One Maritime Plaza, Suite 300
San Francisco, California  94111

- 2 -

NOTICE OF APPEARANCE
CASE NO. 07-CV-03179-JW