SQUIRE, SANDERS & DEMPSEY L.L.P.
Joseph A. Meckes (State Bar # 190279)
Evan S. Nadel (State Bar #213230)
Arturo E. Sandoval (State Bar # 227077)
One Maritime Plaza, Suite 300
San Francisco, CA 94111-3492
Telephone:    +1.415.954.0200
Facsimile:    +1.415.393.9887
E-mail:       jmeckes@ssd.com

Attorneys for Plaintiff
MEIKO ELECTRONICS AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MEIKO ELECTRONICS AMERICA, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CELESTICA DE MONTERREY, S.A., DE C.V., a Mexico corporation,<br><br>Defendant. | Case No. 5:07-CV-03179-JW<br><br>**STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. PROC. 41(a) and (c) AND [PROPOSED] ORDER** |
| CELESTICA DE MONTERREY, S.A., DE C.V., a Mexico corporation,<br><br>Counter-Claimant,<br><br>vs.<br><br>MEIKO ELECTRONICS AMERICA, INC., a California corporation,<br><br>Counter-Defendant. | |

SQUIRE, SANDERS &
DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, California 94111

STIPULATION OF DISMISSAL AND
[PROPOSED] ORDER
CASE NO. 07-CV-03179-JW

| | |
|---|---|
| 1 | IT IS HEREBY STIPULATED AND AGREED THAT: |
| 2 | Pursuant to a settlement agreement, Plaintiff voluntarily dismisses with prejudice all of its |
| 3 | claims in this Action against Defendant, and Counter-claimant voluntarily dismisses with |
| 4 | prejudice all of its counter-claims in this Action against Counter-Defendant. |
| 5 | Plaintiff and Defendant agree and request that all claims asserted in this Action and this |
| 6 | Action should be dismissed with prejudice in its entirety. This stipulation of dismissal is made |
| 7 | pursuant to Rule 41(a) and (c) of the Federal Rules of Civil Procedure. |

Dated: December 16, 2008

_____
Joseph A. Meckes
SQUIRE, SANDERS AND DEMPSEY L.L.P.
Attorneys for Plaintiff Meiko Electronics, America, Inc.

Dated: December 5, 2008

_____
Bryan A. Merryman
WHITE & CASE LLP
Attorneys for Defendant Celestica de Monterrey SA de CV

**IT IS SO ORDERED.**
The Order also terminates Docket Item No. 58. The Court terminates all pending deadlines, hearings and motions. The Clerk shall close this file.
DATED:___ December 22, 2008 ___

_____
UNITED STATES DISTRICT JUDGE